Gerald B. Heiden, Administrator of the Estate of John A. Heiden, Deceased, Plaintiff-Appellant, v. Arvis Gaddberry, et al., Defendants.
Ray Lynch, d/b/a Lynch Tavern, Defendant-Appellee.

**Gen. No. 10,226.**

Third District.

October 22, 1959.

Rehearing denied November 30, 1959.

Released for publication November 30, 1959.

Chester Thomson and Alan M. Wienman, for appellant; Moran, Klockau, McCarthy, and Johnson, and Donald A. Henss, for appellee. Opinion by JUDGE ROETH. Not to be published in full.